IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50046
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO TORREZ, a/k/a
Chicken Man,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-95-CA-329
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:*

Ricardo Torrez appeals the district court's denial of his

motion to vacate, set aside, or correct his sentence pursuant to

28 U.S.C. § 2255.  Torrez contends that the civil forfeiture of

his property, pursuant to 21 U.S.C. §§ 881(a)(6) and (a)(7),

violates his Fifth Amendment right against double jeopardy.

---

* Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

There is no merit to his contention of double jeopardy based upon

the civil forfeiture of property to the Government.  See <u>United States v. Ursery</u>, 116 S. Ct. 2135, 2147-49 (1996).

AFFIRMED.